UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| D.M by her mother and best friend | ) | |
| CASSONDRA MATTHEWS, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| V. | ) | 3:22-CV-02111-SPM |
| | ) | |
| GRANITE CITY COMMUNITY | ) | |
| SCHOOL DISTRICT #9; | ) | |
| STEPHANIE CANN, Superintendent | ) | |
| | ) | |
| Respondents | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Petitioner D.M., by her mother and best friend CASSONDRA MATTHEWS (hereinafter "Petitioner"), by and through their counsel, Morgan Scroggins of the Scroggins Law Office, Ltd., and Defendants GRANITE CITY COMMUNITY SCHOOL DISTRICT #9 and STEPHANIE CANN, by and through their undersigned counsel, and, all being parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each party shall bear their own costs, expenses and fees.

Respectfully submitted this 4th day of November 2022.

**SCROGGINS LAW OFFICE, Ltd.**

By: */s/ Morgan Scroggins*
Morgan Scroggins

Attorney for Petitioner D.M. by her mother and best friend CASSONDA MATTHEWS

**Kriha Boucek, LLC**

By: */s/ Robert E. Swain*
Robert E. Swain

Attorney for Defendants
GRANITE CITY COMMUNITY SCHOOL DISTRICT #9 and
STEPHANIE CANN, Superintendent